UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Luis Emilio Perez | Case No.    1:26-cv-01107-JE-TPL |
| Plaintiff | |
| | |
| VS. | Judge |
| Brian Acuna, et al | Magistrate Judge |
| Defendant | |

**ORDER**

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 3];

IT IS ORDERED that the motion is GRANTED, and, accordingly, Fernando Pereira Alvares is hereby admitted to the bar of this Court pro hac vice on behalf of Luis Emilio Perez in the above described action.

SO ORDERED at Lake Charles, Louisiana, this 20th day of April, 2026.

_____
THOMAS P. LEBLANC
United States Magistrate Judge