**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LUIS EMILIO PEREZ** | **CIVIL CASE NO. 26-1107** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRIAN ACUNA, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Luis Emilio Perez ("Petitioner"). At the time of filing, Petitioner was an immigration detainee at the River Correctional Center in Ferriday, Louisiana. According to the Executive Office for Immigration Review and the online detainee locator service, Petitioner was granted voluntary departure[1] and is no longer detained.[2] Court staff verified that Petitioner was removed.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

[1] https://acis.eoir.justice.gov/en/caseInformation

[2] https://locator.ice.gov/odls/#/results

Because Petitioner has been deported, **IT IS ORDERED** that the Petition (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 21st day of September, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**